Case 2:13-cr-00229-JAD-PAL   Document 6   Filed 07/08/13   Page 1 of 2



FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

JUL -8 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:13-CR-229-GMN-(PAL) |
| v. ) | |
| ) | |
| JEFFREY COCHRAN, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On July 8, 2013, defendant JEFFREY COCHRAN pled guilty to a Two-Count Criminal Information charging him in Counts One and Two with Possession, Sale and Disposal of Stolen Goods in violation of Title 18, United States Code, Section 2315, and agreed to the forfeiture of an *in personam* criminal forfeiture money judgment of $300,895 set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Information. Criminal Information, ECF No. __; Plea Agreement, ECF No. __; Change of Plea Minutes, ECF No. __.

This Court finds that JEFFREY COCHRAN shall pay a criminal forfeiture money judgment of $300,895 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from JEFFREY COCHRAN a criminal forfeiture money judgment in the amount of
3  $300,895 in United States Currency.
4  DATED this ___ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE