MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax:  (702) 385-3001
Attorneys for JEFFREY COCHRAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY COCHRAN,<br><br>Defendants. | CASE NO. 2:13-CR-00229- JAD -PAL<br><br>**STIPULATION TO MODIFY TERMS AND CONDITIONS OF SUPERVISED RELEASE TO PERMIT EMPLOYMENT RELATED TRAVEL** |

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN Daniel G. Bogden, United States Attorney, by and through Cristina D. Silva, Assistant United States Attorney, and Defendant JEFFREY COCHRAN, by and through his counsel of record, MACE J. YAMPOLSKY, ESQ. and JASON R. MARGOLIS, ESQ., of the law firm of MACE J. YAPOLSKY, LTD., that:

1. Defendant JEFFREY COCHRAN's conditions of pre-trial release and supervision be modified so that he may travel outside the District of Nevada on a monthly basis, pursuant to a 30/30 schedule, that is 30 days in the District of Nevada, and 30 days outside the District of Nevada, beginning on November 1, 2016, in accordance with his responsibilities with his employer Wholesale Inventory Network.

2. While outside the jurisdiction of the District of Nevada, Defendant JEFFREY COCHRAN will be in constant communication with his Pretrial Services Officer

Donnette Johnson on a daily basis and will be available via telephone and/or email throughout these periods of time.

3. While working the 30/30 schedule with Wholesale Inventory Network, Defendant JEFFREY COCHRAN will be outside the jurisdiction of the District of Nevada for 30 days at a time, such that if he begins work outside the District of Nevada on November 1, 2016, he will return to the District of Nevada for the period of December 1, 2016, through December 31, 2016, and continue his employment on this basis going forward into 2017.

4. Defendant JEFFREY COCHRAN will continue to be subject to any and all other terms and conditions pertaining to his pretrial release aside from his permitted travel for his employer Wholesale Inventory Network.

5. United States Pretrial Services Officer Donnette Johnson and Assistant United States Attorney Cristina Silva for the District of Nevada are aware of and have no opposition to this limited modification of Defendant JEFFREY COCHRAN's pretrial supervision travel restrictions.

DATED this 26th day of October, 2016.

| OFFICE OF THE U.S. ATTORNEY | MACE J. YAMPOLSKY, LTD. |
|---|---|
| /s/ Cristina D. Silva | /s/ Mace J. Yampolsky, Esq. |
| CRISTINA D. SILVA, ESQ.<br>Assistant United States Attorney<br>333 Las Vegas Blvd., S., No. 5000<br>Las Vegas, Nevada 89101<br>*Counsel for Plaintiff United States* | MACE J. YAMPOLSKY, ESQ.<br>Nevada Bar No.: 001945<br>JASON R. MARGOLIS, ESQ.<br>Nevada Bar No.: 012439<br>625 S. Sixth Street<br>Las Vegas, Nevada 89101<br>*Counsel for Defendant Jeffrey Cochran* |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax: (702) 385-3001
Attorneys for JEFFREY COCHRAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00229- JAD -PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY TERMS AND CONDITIONS OF SUPERVISED RELEASE TO PERMIT EMPLOYMENT RELATED TRAVEL** |
| JEFFREY COCHRAN, | |
| Defendants. | |

## ORDER

IT IS THEREFORE ORDERED THAT:

1. Defendant JEFFREY COCHRAN's conditions of pre-trial release and supervision shall be modified so that he may travel for employment purposes on a 30/30 schedule with his present employer Wholesale Inventory Network.

2. Defendant JEFFREY COCHRAN will continue to be subject to any and all other terms and conditions pertaining to his pretrial release aside from his permitted travel for his employer Wholesale Inventory Network.

DATED this 28th day of October, 2016.

_____
United States District Court Judge